FILED
2021 Sep-28  AM 11:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

# United States District Court
## for the
### NORTHERN DISTRICT OF ALABAMA

FILED

2021 SEP 28  A 10: 31

U.S. DISTRICT COURT
N.D. OF ALABAMA

_Chauncey G. Jones, Sr._
   **Plaintiff,**

*(Write your full name. No more than one plaintiff may be named in a pro se complaint)*

v.

Case No.: _3:21-CV-1296-LCB_
*(to be filled in by the Clerk's Office)*

JURY TRIAL  ☒ Yes   ☐ No

_Sheffield City Schools_
   **Defendant(s),**

*(Write the full name of each defendant who is being sued. If the names of all defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names)*

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.    The Parties to This Complaint

**A.    The Plaintiff**

Name _Chauncey G. Jones, Sr._
Street Address _605 North Washington Street_
City and County _Tuscumbia    Colbert County_
State and Zip Code _Alabama    35674_
Telephone Number _256-386-7141 / 256-810-6725_
E-mail Address *(if known)* _chaunceyevelyn@bellsouth.net_

☒    **Check here to receive electronic notice through the e-mail listed above. By checking this box, the undersigned consents to electronic service and waives the right to personal service by first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2), except with regard to service of a summons and complaint. The Notice of Electronic Filing will allow one free look at the document, and any attached PDF may be printed and saved.**

_9-24-2021_
**Date**

_Chauncey G. Jones, Sr._
**Participant Signature**

## II.    Basis for Jurisdiction

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | *Sheffield City Schools* |
| Job or Title *(if known)* | *Board of Education* |
| Street Address | *300 West Sixth Street* |
| City and County | *Sheffield      Colbert* |
| State and Zip Code | *Alabama      35660* |
| Telephone Number | *256 - 383 - 0400* |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | *Dr. Keith Davis* |
| Job or Title *(if known)* | *Superintendent* |
| Street Address | *300 West Sixth Street* |
| City and County | *Sheffield      Colbert* |
| State and Zip Code | *Alabama      35660* |
| Telephone Number | *256 - 383 - 0400* |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

Name  _____

Job or Title *(if known)*  _____

Street Address  _____

City and County  _____

State and Zip Code  _____

Telephone Number  _____

E-mail Address *(if known)*  _____

**C.**   **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

Name  *Sheffield City Board of Education*

Street Address  *300 West Sixth Street*

City and County  *Sheffield   Colbert*

State and Zip Code  *Alabama   35660*

Telephone Number  *256 - 383 - 0400*

**II.**   **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒   Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒   Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:   In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐     Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒     Other federal law *(specify the federal law):*

Civil Rights Act of 1866 (Equal Protection)

Relevant state law *(specify, if known):*

Relevant city or county law *(specify, if known):*

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐     Failure to hire me

☐     Termination of my employment

☐     Failure to promote me

☐     Failure to accommodate my disability

☒     Unequal terms and conditions of my employment

☒     Retaliation

☒     Other acts *(specify):* Provided favorable work schedule to white employees.

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

## III. Statement of Claim

I am employed at Sheffield City Schools as an Alternative School Teacher. I have been employed there since January 7, 2000. On approximately, August 2, 2019, I was informed unofficially by the Deputy Superintendent of Sheffield City Schools that the Alternative School had been moved to the Sheffield High School basement. This was a transfer from the Central office (BOE) to the high school w/o notice of any kind by the Superintendent. This transfer was also a demotion, and retaliation, age discrimination. This transfer was racially insensitive and discriminatory. It caused me emotional distress and professional embarrassment. No other white professional were subjected to such treatment without any notice. I am at present still being racially discriminated against in my capacity as Alternative School Teacher.

## III.  Attachment for Statement of Claim

- **Harassment by Superintendent in numerous forms**
- **Principals interference with students and my schedule**
- **Students subjected to academic harm related directly to me**
- **Accusations made against me regarding white students (untrue and unfounded )**
- **Complaints by white parents untrue**
- **Deception in job description**

**Chauncey G. Jones , Sr.**

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

B.     It is my best recollection that the alleged discriminatory acts occurred on date(s):
       68 - 61 - 2019 (earliest)    05 - 28 - 2021 (latest)

C.     I believe that defendant(s) *(check one)*:

       ☒     is/are still committing these acts against me

       ☐     is/are not still committing these acts against me

D.     Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

       ☒     race                   African American

       ☐     color                  _____

       ☐     gender/sex             _____

       ☐     religion               _____

       ☐     national origin        _____

       ☒     age *(year of birth)*    December 27, 1963
                                     *(only when asserting a claim of age discrimination)*
       ☐     disability or perceived disability *(specify disability)*_____

E.     The facts of my case are as follows. Attach additional pages if needed.
       - Transfer without notice and physical and emotional harm resulting,
       - Demotion in my status, requiring me to be under school principal leadership and supervision daily
       - Violations of the terms of the position I received in May 2017
       - Systemic Racism, repeated transfers and change in job description
       - Reduction in pay, Summer school, Alternative school,

       *(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*
       Saturday and Friday School.

**Attachment to Page 5 of 7**

**E.**

Another fact to my case is the tremendous cost directly connected to obtaining my college degrees and state certifications in both teaching and school administration . My professional credentials have been devalued and underappreciated in ways that are racial , agism and professionally degrading . These things attribute to pain and suffering (punitive damages and compensatory). Also , the actual cost attributed to being one of the five most qualified in the school district . White females at the (BOE ) and the other schools have not been treated in such ways as I have in my capacity and in there respective positions . White males overwhelmingly are in leadership positions who receive fair and equal treatment . My position was a position of leadership until August 2019 . The financial cost I pray to recover is both compensatory and punitive . My discrimination has been constant and repeated with absolutely no consideration . I struggle with student loan debt in ways that are painstaking . And for my education to be ignored is very hurtful and counterproductive  .

**Page 6 of 7**

**V. Relief**

**Punitive damages = $850,000.00**

**Compensatory =   $25,930.00**

**Total Damages Seeking = $875,930.00**

## IV.   Exhaustion of Federal Administrative Remedies

A.   It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date):* _____

*November 4, 2019 , June 8, 2021*

B.   The Equal Employment Opportunity Commission *(check one):*

☐   has not issued a Notice of Right to Sue letter

☒   issued a Notice of Right to Sue letter, which I received on *(date):* _____

_____

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.   Only litigants alleging age discrimination must answer this question:

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one):*

☒   60 days or more have elapsed

☐   less than 60 days have elapsed

## V.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*The financial and economic damages are compensatory and punitive. The Superintendent instructed school principals to stop assigning students to EAP, Friday school and Saturday school. I have also lost wages due to extended hours due to transfer. Specifically, work longer hours w/o additional pay. The change in my schedule has caused me enormous hardship regarding my personal life. The constant changes are harassing and distressing.*

*Punitive Damages - $50,000.00*

*Lost Wages (Compensatory) - 25,930.00     Total: $875,930.00*

## VI.    Certification and Closing

Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of Signing: _9 - 24 - 2021_

Signature of Plaintiff: _Chauncy H. Jones Sr._

Printed Name of Plaintiff: _Chauncey G. Jones, Sr._

### B.    For Attorneys

Date of Signing: _____

Signature of Attorney: _____

Printed Name of Attorney: _____

Bar Number: _____

Name of Law Firm: _____

Street Address: _____

State and Zip Code: _____

Telephone Number: _____

E-mail Address: _____

**Name : Chauncey G. Jones , SCS Alternative School Teacher 7-12**
     **605 North Washington Street**
     **Tuscumbia , Alabama 35674**
     **Telephone # 256-386-7141**
     **Cell# 256-810-6725**
**Employer Name/ Address : Sheffield City Schools**
          **300 West 6th Street**
          **Sheffield , Alabama 35660**
**Superintendents' Name : Dr. James Keith Davis**
**Number of Employees – approx..100 – 150**

## Description of Actions :

My charge of racial discrimination dates back to July 2016 (Charge#420-2016-03063) . The charge at that time consisted of racial discrimination based on transfers and a disparate work climate. The charge today is Racial discrimination/ Retaliation based on multiple incidents one primarily being teacher transfer . On August 2 , 2019 , I was informed unofficially by the Deputy Superintendent that they had relocated the alternative School . This was done without me being notified in advance or afterwards . I was transferred to the Central office for the school district on August 2017 . This transfer was board approved after recommendation from then Superintendent ( Dr. Keith Lankford ) . Until this day I have not been notified by the Superintendent of my transfer . I was assigned to the Central office as a result of the Superintendent recommendation . This required the same recommendation by him and notification by him as well before a transfer . I contend this transfer was based on my race , sex and age . To satisfy a racial quota at Sheffield High School . Where there were no black males(teachers) as of August 2019 . Also , my transfer I contend was due to my support for Schools Superintendent (Dr. Carlos Nelson ) . A black male , he was one of five candidates to interview for the position of Schools Superintendent . I openly supported Dr. Nelson over Dr. Davis . I made my support known publicly and at the board meeting the evening of Superintendent selection .

My charge contends I have incurred numerous small incidents that's' impacted my professional instruments . I will provide further documentation in attached grievance to SBOE. My charge also goes to my treatment regarding how the intentional delays caused me hardships in moving necessary teacher and student materials . No other teacher endured such hardships as myself . One other big problem was the room they transferred me into . The room is substandard based on what type rooms the white teachers with less years of experience are assigned . The SBOE hired someone ( Ms. Brenda Williams ) to investigate . The investigation was not fair regarding myself but it still exposed many inequities against me .The grievance/complaint basically states my charge . But still many things still exist that are discriminatory to myself and my sisiter in law

. I am very much prepared to provide more documents to substantiate my charges . I am in my twenty year (retirement) here at SCS as a teacher and 21st overall .

Sincerely ,

Chauncey Jones

Signature

Dated :

Note : SCS = Sheffield City SCS
       SBOE = Sheffield Board of Education

Mr. Fred Mason , President    Mrs. Polly Ruggles , Vice –President ,

Mrs. Christy Casiday , Ms. Phyllis Meade , Mrs. Titian Scales

Dated : August 26, 2019

My complete complaint is against Dr. James Keith Davis . The following are all the incidents that make –up my complaint :

- Intentional refusal to assist me by assigning me PLU work in sufficient time
- Failure to notify me of transfer from SBOE office to SHS
- Assigned me a classroom that was substandard and not equal to other teachers in the school system (aesthetics ) .
- Sent harassing and intimidating email concerning my schedule and location
- Refused to provide any of the school district resources to assist in my relocation from SBOE to SHS (refrigerator , chairs , portable water cooler , file cabinets etc . )
- Adverse schedule change (from 7am – 230pm approx. to 715am -330pm approx..)
- Complications to master schedule , phone service , code to change Fob key entry
- Suspect my transfer is due to filling a racial quota (only black male teacher at either SHS and SJHS )
- My sister –in law are currently experiencing similar problems
- I am certain her harassment , retaliation and discrimination is directly connected to me
- I am also certain there are discrimination practices in place to minimize black employment , promotion and retention
- I have concluded that Dr. Davis is responsible for disparate work environment for myself and my sister – in law
- By making certain changes to accommodate certain white employees

Submitted by : Chauncey G . Jones

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA | |
| | ☒ EEOC | 420-2021-01340 |
| | | and EEOC |

State or local Agency, if any

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone | Year of Birth |
|---|---|---|
| **MR. CHAUNCEY G JONES SR.** | | |

| Street Address | City, State and ZIP Code |
|---|---|
| **605 NORTH WASHINGTON STREET, TUSCUMBIA, AL 35674** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| **SHEFFIELD CITY SCHOOLS** | **15 - 100** | **(256) 383-0400** |

| Street Address | City, State and ZIP Code |
|---|---|
| **300 W 6TH ST, SHEFFIELD, AL 35660** | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN

☐ RETALIATION ☒ AGE ☐ DISABILITY ☐ GENETIC INFORMATION

☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **08-01-2019**   Latest **05-28-2021**

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I am an African American male in the protected age group. I was hired with the above named employer as an Alternative School Teacher. In August of 2019, I was moved from my position at the Central Office to a location in the school. This change in assignment has caused me numerous problems. I believe that the school system took these actions in violation of a contractual arrangement that I have with them and because of my race.

I made a complaint to my supervisor on February 25, 2021. I was required to cover classes for a white male (28 years old) while that teacher would take lunch and do other things unrelated to his job description. I was informed on February 26, 2021 and March 4, 2021 that the duties would be removed. I covered the duties from October 2020 until March 4, 2021. I was told the duties were done to assist the coach to ensure a successful season.

I was asked to watch a teachers classroom after that teacher tested positive for COVID-19. I asked for the room to be sanitized, but it was not done at that time, so I stated it was not

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **Digitally signed by Chauncey G Jones Sr. on 06-10-2021 04:09 PM EDT** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

# PROCEDURE FOR
## TRANSFER OF TENURED TEACHER
## DIFFERENT SCHOOL/NOT OUTSIDE FEEDER PATTERN

### *ALA. CODE §16-24C-7(C)*

This section addresses transfers of tenured teachers to any grade or position outside the school, campus or facility but not outside the high school feeder pattern. Under AASB's interpretation, the procedure applicable to teacher transfers either inside or outside the feeder pattern requires the same procedure. This view has been upheld by circuit courts and the Chief Administrative Law Judge on multiple occasions. Additionally, any transfer that does not implicate a feeder pattern, e.g., central office to the elementary school, is not "outside the feeder pattern" since central office has no feeder pattern. Rather, it is merely a transfer to a different facility and is controlled by this section.

The transfer must meet the following criteria:
- It can be to any grade or position outside the school, campus or facility;
- The teacher must be properly certificated for the position;
- There can be no loss of pay;
- The teacher must receive notice no later than the 20th calendar day after classes start (unless caused by an act of God or disaster); and
- The teacher can only be involuntarily transferred once a year.

The sample letter includes reasons for the superintendent's recommendation. The Act does not require the superintendent to give reasons for the transfer, but it may be advisable to do so. This way the teacher can make a determination as to whether he wishes to challenge the transfer and gives the board a basis upon which to make its decision. Consult with your board attorney.

The sample also asks the teacher to submit a written request to meet with the board on a certain date prior to the board meeting. Such a practice would allow the board to better plan its meeting. While there is no specific authority in the statute to require a written request, the statute only requires that the board afford the teacher the opportunity to meet with the board. Requiring a written request does not frustrate the teacher's opportunity to do so.

1. The superintendent issues written notice of her recommendation to transfer the teacher to any grade or position outside of his current school, campus or facility. The methods for issuing written notice are as follows: (a) certified mail, (b) private mail carrier for next business day delivery, (c) hand delivery to the teacher, or (d) hand delivery to the teacher's last known address.

*Sample Letter*

Mr. John Doe

*This letter is to notify you that I am recommending you be transferred from a 10th grade teacher at GHI High School to an 8th grade teacher at DEF Middle School effective _____ __, 20__. You shall not suffer any loss of pay as a result of this transfer. [The reason for this recommendation*

© 2016 Alabama Association of School Boards. All rights reserved.          43

## Pay Discrepancies for Chauncey Jones (Sheffield City Schools)

From: CHAUNCEY & EVELYN JONES (chaunceyevelyn@bellsouth.net)

To: kira@5pointslaw.com

Cc: chaunceyevelyn@bellsouth.net

Date: Sunday, September 12, 2021, 07:41 PM CDT

Itemized: 2019-2020 School Term

1. Attendance Clerk - LE Willson Elementary School = $2895.00
2. Attendance Clerk - Sheffield High School = $240.00
3. Alternative School Instructor (Systemwide/SHS,SJHS ) $2,560.00
4. Extended time hours - this was due to change in schedule for Alternative School = $1200.00
5. Alternative School Instructor (travel miscellaneous ) = $150.00
    Total = $7,045.00 (2019-2020 school term )

Itemized : 2020 -2021 School Term

1. Attendance Clerk LE Willson Elementary School = $3,100.00
2. Attendance Clerk - Sheffield High School/Sheffield Junior High School = $2,400.00
3. Alternative School Instructor - $2,560.00 + $1,500.00 = $4,060.00
4. Extended Time hours - $550.00 est.
5. Schedule discrepancy pay - $1,600.00
6. Miscellaneous travel - $175.00
7. Summer School - $7,000.00
Total (2020-2021) = $18,930.00    Overall Total = $25,930.00

Submitted by : Chauncey G. Jones    Dated : September 12 , 2021

May 24, 2017

RECEIVED MAY 2 5 2017

Chauncey Jones
605 N. Washington Street
Tuscumbia , Al. 35674

Mr. Keith Lankford
300 West 6th Street
Sheffield , Al. 35660

Dear Mr. Keith Lankford ,

I am writing to express my sincere interest in the recently posted Alternative Education Teacher /Attendance Clerk position at Sheffield City Schools . I would like to become the Alternative Education  Teacher /Attendance Clerk for Sheffield City Schools . I request to be transferred if appointed or assigned to the designated location . I feel strongly my experience , character ,efforts etc ., will be beneficial to the position and the district .

Sincerely Yours ,

Chauncey Jones

Complete  Form 3

MINUTES OF THE MEETING
of the
SHEFFIELD CITY BOARD OF EDUCATION
5:30 p.m., June 12, 2017 – Special Called – Personnel

| | |
|---|---|
| Presiding: | Mr. David Myrick, President |
| Members Present: | Mrs. Phyllis Meade, Vice President, Mr. Fred Mason, and Mrs. Polly T. Ruggles |
| Members Absent: | Mr. Steven L. Hargrove was absent |

The Board of Education of the City of Sheffield met at 5:30 p.m., Monday, June 12, 2017, in the administrative offices of the Sheffield City Board of Education at 300 West Sixth Street, Sheffield. Mr. Keith Lankford, superintendent, kept the minutes. Others in attendance were Mrs. Shelly Hollis and Mrs. Nancy Woods.

The opening prayer was given by Mr. Keith Lankford.

A motion to adopt the agenda for the June 12, 2017, special called meeting of the Board was made by Mrs. Ruggles, seconded by Mr. Mason, and passed by the Board unanimously.

The meeting was open for public comments.

A motion to approve the 2017 budget amendment was made by Mrs. Ruggles, seconded by Mrs. Meade, and passed by the Board unanimously.

Superintendent Lankford presented the following personnel recommendations.

EMPLOYMENT

Certified Staff:

1. Leigh N. Harris, general science teacher, (1.00) (9.5 months/187 days), Sheffield Junior High School, effective August 3, 2017, for the 2017-2018 school year.

The motion to approve the recommendation was made by Mrs. Ruggles, seconded by Mr. Mason, and passed by the Board unanimously.

2. Chauncey G. Jones. Alternative education teacher/attendance clerk, (1.00) (9.5 months/ 187 days), Systemwide, effective August 3, 2017, for the 2017-2018 school year.

The motion to approve the recommendation was made by Mrs. Ruggles, seconded by Mr. Mason, and passed by the Board unanimously.

3. Carrie J. Rickman, Alabama Reading Initiative (ARI) specialist, (1.00) (9.5 months/187 days), Threadgill Primary School (Systemwide), effective August 3, 2017, for the 2017-2018 school year.

The motion to approve the recommendation was made by Mrs. Ruggles, seconded by Mr. Mason, and passed by the Board unanimously.

EMPLOYMENT

Classified/Support Staff:

1. Timothy (Tim) D. Agee, school bus driver/special education, maintenance shop, (1.00) (9.5 months/182 days, 4 hours/day) effective August 8, 2017, for the 2017-2018 school year.

The motion to approve the recommendation was made by Mrs. Ruggles, seconded by Mr. Mason, and passed by the Board unanimously.

2. Sandra Bernier, Child Nutrition Program (CNP) cafeteria employee, (1.00) (9.5 months/187 days, 5.5 hours/day) Systemwide (SHS/SJHS) effective August 1, 2017, for the 2017-2018 school year.

The motion to approve the recommendation was made by Mrs. Ruggles, seconded by Mr. Mason, and passed by the Board unanimously.

3. Colleen May, secretary/receptionist/accounts payable clerk, (1.00) (12 months) Central Office, effective July 5, 2017, for the 2017-2018 school year.

The motion to approve the recommendation was made by Mrs. Ruggles, seconded by Mr. Mason, and passed by the Board unanimously.

TRANSFER

Classified/Support Staff:

1. Kadi Smith, Child Nutrition Program (CNP) cafeteria employee, **from** Sheffield High/Junior High cafeteria (1.00) (9.5 months/187 days, 5.5 hours/day) **TO** Willson Elementary cafeteria (1.00) (9.5 months/191 days, 5.5 hours/day) Systemwide, effective August 1, 2017, for the 2017-2018 school year. [Letter requesting transfer dated and received June 5, 2017].

The motion to approve the recommendation was made by Mrs. Ruggles, seconded by Mr. Mason, and passed by the Board unanimously.

**NO BOARD ACTION TAKEN** – CONTRACT PERSONNEL

Certified Staff:

1. Philip Bates – ISS Instructor/teacher (SHS) and baseball head coach – July 1, 2017-May 31, 2018
2. Henry Kennedy – ISS Instructor/teacher (LEW) – July 1, 2017-May 31, 2018

There being no further business to come before the Board, a motion for adjournment of the meeting was made by Mrs. Ruggles, seconded by Mr. Mason, and passed by the Board unanimously.

David Myrick, President

Mr. Keith Lankford, Superintendent



## Sheffield City Schools

Mr. Keith Lankford
Superintendent

*A Commitment to Quality Education*

Dr. Carlos Nelson
Deputy Superintendent

Nancy S. Woods
Chief School Finance Officer

Board of Education
Steven L. Hargrove
President

David Myrick
Vice President

Frederick Mason
Phyllis G. Meade
Polly T. Ruggles

June 14, 2017

Mr. Chauncey G. Jones
605 N. Washington Street
Tuscumbia, Alabama 35674

Dear Mr. Jones:

In action taken at the June 12, 2017, Board meeting, the Sheffield City Board of Education approved your employment as alternative education teacher/attendance clerk, (1.00) (9.5 months/187 days), Systemwide, effective August 3, 2017, for the 2017-2018 school year.

Please sign and date the enclosed acceptance of employment form and return to the Central Office as soon as possible.

Congratulations on your position with our school system, and if I or any member of my staff can be of assistance to you, please call me.

Sincerely,

Keith Lankford
Superintendent

Enclosure

*Success for Today, Preparation for Tomorrow, Learning for a Lifetime*
300 West Sixth Street • Sheffield, Alabama 35660 • Voice (256) 383-0400 • Fax (256) 386-5704

**RECEIVED JUN 2 0 2017**

To:     Mr. Keith Lankford, Superintendent
        Sheffield City Schools

This is to notify you that I, Chauncey G. Jones, accept the position of employment as alternative education teacher/attendance clerk, (1.00) (9.5 months/187 days), Systemwide, effective August 3, 2017, for the 2017-2018 school year.

Signature:

Date: